IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

JAMES SMALLEY

Defendant

20-CR-6002

**INFORMATION**
(Felony)

**Violation:**
18 U.S.C. § 38(a)(1)(C)
(1 count)

## COUNT 1

**The United States Attorney Charges That:**

Between on or about July 19, 2017, and on or about January 11, 2018, within the Western District of New York, and elsewhere, the defendant, JAMES SMALLEY, while employed as a Quality Assurance Officer for PMI Industries, LLC in Rochester, New York, knowingly and with intent to defraud, in and affecting interstate commerce, made, used and caused to be made and used, materially false writings, entries, certifications, documents, and records concerning space vehicle parts manufactured by PMI Industries, LLC and sold to Space Exploration Technologies Corporation ("SpaceX"), to wit, by preparing falsified source inspection reports and certifications using forged names and/or stamps, without authorization, which falsely certified that the space vehicle parts had met the requisite quality control standards and had undergone non-destructive testing.

**All in violation of Title 18, United States Code, Section 38(a)(1)(C).**

Dated: Rochester, New York, February 5, 2020

                         JAMES P. KENNEDY, JR.
                         United States Attorney
                         Western District of New York

BY:    /s/ Richard A. Resnick
                         RICHARD A. RESNICK
                         Assistant United States Attorney
                         United States Attorney's Office
                         100 State Street, Room 500
                         Rochester, New York 14614
                         richard.resnick@usdoj.gov
                         585-399-3941